IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **REGINALD DEKEITH MIMS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 5:08-CV-203(HL) |
| : | |
| **LINDA A. FARR and RUSSELL** : | |
| **ANDERSON,** : | |
| : | |
| Defendants. : | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 28) on Defendant Farr's Motion to Dismiss (Doc. 16) and Defendant Anderson's Motion to Dismiss (Doc. 18).  The R&R recommends granting these Motions and dismissing Plaintiff's Complaint (Doc. 1).  Plaintiff has filed a timely Objection (Doc. 30).  Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portion of the R&R to which he objects.  After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 15th day of December, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc