IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

REGINALD DEKEITH MIMS,              :
                                    :
    Plaintiff,                      :
                                    :
v.                                  :   Case No. 5:08-CV-203(HL)
                                    :
LINDA A. FARR and RUSSELL           :
ANDERSON,                           :
                                    :
    Defendants.                     :

## ORDER

Plaintiff, proceeding pro se, has filed a "Motion for Leave to Request" (Doc. 42). In this Motion, Plaintiff requests free copies of all documents he has filed in this case. Plaintiff apparently seeks these documents to assist him with his appeal of this Court's Order (Doc. 35) adopting the Magistrate Judge's Recommendation (Doc. 28) that Defendants' Motions to Dismiss (Docs. 16 and 18) be granted.

Plaintiff's request for free copies of all documents he has filed in this case is denied. Plaintiff "has no constitutional right to free photocopies, and in forma pauperis status does not entitle him to free copies of documents in the court's file." Damato v. Murphy, 3:08CV855, 2009 WL 581562, at *2 (D. Conn. Mar. 5, 2009). If Plaintiff wants the Clerk's Office to provide him with specific documents he has filed, then Plaintiff should make a request to the Clerk's Office for these specific documents. The Clerk's Office will provide him with the requested documents at a

cost of $.10 per page.

**SO ORDERED**, this the 7th day of April, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc